IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BAC LOCAL UNION 15 WELFARE　　　　　CASE NO: 2:16-cv-2242-JTM-GEB
FUND,

  and

CRAIG HYDEMAN and GREGORY S.
DAVEY, TRUSTEES OF THE BAC
LOCAL UNION 15 WELFARE FUND,

  and

BAC LOCAL UNION 15
APPRENTICESHIP AND TRAINING
FUND, a Trust Fund,

  and

CRAIG HYDEMAN and DR. RICHARD
BRUCE, TRUSTEES OF THE BAC
LOCAL UNION 15 APPRENTICESHIP
AND TRAINING FUND,

  and

BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND,

  and

JAMES BOLAND and MATTHEW
AQUILINE TRUSTEES OF THE
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND,

  and

INTERNATIONAL MASONRY
INSTITUTE,

  and

JAMES BOLAND and MICHAEL
SCHMERBECK TRUSTEES OF THE

INTERNATIONAL MASONRY
INSTITUTE,

    Plaintiffs,

v.

WILLIAMS RESTORATION COMPANY,
INC.,

  and

FOX HOLDINGS, INC.,

    Defendants.

## FOX HOLDINGS, INC.'S INDEX OF EVIDENCE IN SUPPORT OF MOTION TO DISMISS AND REQUEST TO TAKE JUDICIAL NOTICE

Defendant Fox Holdings, Inc. hereby submits the following Index of Evidence in Support of its Motion to Dismiss and Request to Take Judicial Notice:

1. Affidavit of Jordan Fox, with Exhibit A (Asset Purchase Agreement);

2. Affidavit of Mark M. Schorr, with Exhibit A (NLRB dismissal notice) and Exhibit B (NLRB denial of appeal notice).

Dated March 22, 2017.

                                        FOX HOLDINGS INC., Defendant,

                            By:   /s/ *Bonnie M. Boryca*
                                    Bonnie M. Boryca, Kan. Bar. No. 24635
                                    ERICKSON | SEDERSTROM, P.C.
                                    10330 Regency Parkway Drive
                                    Omaha, NE 68114
                                    (402) 397-2200
                                    (402) 390-7137 Fax
                                    boryca@eslaw.com
                                    Attorneys for Fox Holdings, Inc.

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 22, 2017, a true and correct copy of the above and foregoing Index of Evidence was filed with the Court using the CM/ECF system, which will send electronic notification and link to the filing to all counsel of record.

      /s/ *Bonnie M. Boryca*