IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BAC LOCAL UNION 15 WELFARE FUND, ET AL.

    Plaintiffs,

v.

WILLIAMS RESTORATION COMPANY, INC.,

   and

FOX HOLDINGS, INC.,

    Defendants.

CASE NO: 2:16-cv-2242-JTM-GEB

**NOTICE TO TAKE DEPOSITION**

Please take notice that the undersigned will take the deposition of the following:

| | |
|---|---|
| Deponent: | Jerad Skaff |
| Date: | March 1, 2018 |
| Time: | 9:00 a.m. |
| Location: | Erickson \| Sederstrom, P.C., 10330 Regency Parkway Drive, Suite 100, Omaha, NE 68114 |
| Court Reporter: | Jean Schleife |

Said deposition is to be recorded by stenographic means and preserved in accordance with the Nebraska Discovery Rules. The taking of the deposition will be adjourned from day to day until completed.

Dated: this 5th day of February, 2018.

FOX HOLDINGS, INC., Defendant,

By:    /s/ Bonnie M. Boryca
Bonnie M. Boryca, #24886
ERICKSON | SEDERSTROM, P.C.
10330 Regency Parkway Drive
Omaha, NE 68114
(402) 397-2200
(402) 390-7137 Fax
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2018, a true and correct copy of the above and foregoing Notice of Deposition was filed with the Court using the CM/ECF system, which will send electronic notification and link to the filing to all counsel of record.

/s/ Bonnie M. Boryca

881103