IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BAC LOCAL UNION 15 WELFARE FUND, ET AL. | CASE NO: 2:16-cv-2242-JTM-GEB |
| Plaintiffs, | |
| v. | **MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER TO ADD CROSS-CLAIM** |
| WILLIAMS RESTORATION COMPANY, INC., | |
| and | |
| FOX HOLDINGS, INC., | |
| Defendants. | |

Defendant Fox Holdings, Inc. hereby moves for leave to file its Second Amended Answer to add a cross-claim pursuant to Federal Rule of Civil Procedure 13(g) and 15(2). In support of this Motion, Fox Holdings shows to the Court that facts discovered in the course of discovery have revealed support for a cross-claim against Defendant Williams Restoration Company. These facts were not known to Defendant Fox Holdings at the time of the filing of its answer or amended answer, and as such Defendant was unable to assert the cross-claim at an earlier time. Further, no party will be prejudiced by the filing of this cross-claim and the interests of judicial economy should permit all claims arising from the Plaintiff's Complaint to be heard together in these proceedings. The Court has set a deadline for seeking leave to amend of July 27, 2018 and this motion is filed in accordance with that deadline. Therefore, Fox Holdings respectfully submits that amendment is proper because justice so requires the amendment, as further shown by the evidence and brief Fox Holdings submits in support of this motion.

Fox Holdings further states that the Cross-Claim arises out of the same transaction or occurrence that is the subject matter of the original action because the Cross-Claim alleges misrepresentations against and breach of contract by co-Defendant Williams Restoration arising in the contract to sell its business to Fox Holdings. That same business sale is the basis of the Plaintiffs' allegations against Fox Holdings that it is liable as successor to Williams Restoration for that company's alleged obligations to the Plaintiffs. Therefore, Fox Holdings respectfully submits that it has satisfied the requirements of Rule 13(g) to assert a permissive cross-claim in this matter.

A copy of the proposed Second Amended Answer with Cross-Claim and Jury Trial Demand is submitted with this Motion, and a Brief and Index of Evidence in support of this Motion shall also be filed.

WHEREFORE, Fox Holdings prays that the Court grants it leave to file its Second Amended Answer with Cross-Claim and Jury Trial Demand and any further relief the Court deems just and appropriate.

Dated July 27, 2018.

FOX HOLDINGS INC., Defendant,

By: /s/ *Bonnie M. Boryca*
Bonnie M. Boryca, Kan. No. 24635
ERICKSON | SEDERSTROM, P.C.
10330 Regency Parkway Drive
Omaha, NE 68114
(402) 397-2200
(402) 390-7137 Fax
bboryca@eslaw.com
Attorneys for Fox Holdings, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 27, 2018, a true and correct copy of the above and foregoing Motion for Leave to File Second Amended Answer with Cross-Claim was filed with the Court using the CM/ECF system, which will send electronic notification and link to the filing to all counsel of record.

*/s/ Bonnie M. Boryca*