# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BAC LOCAL UNION 15 WELFARE FUND, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>WILLIAMS RESTORATION COMPANY, INC. and FOX HOLDINGS, INC.,<br><br>    Defendants. | Case No. 2:16-CV-2242-JTM-JPO<br><br>**WILLIAM RESTORATION COMPANY, INC.'S MOTION TO DISMISS THE CROSS-CLAIMS ASSERTED BY DEFENDANT FOX HOLDINGS, INC.** |

    Defendant Williams Restoration Company, Inc. ("Williams Restoration"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves the Court for an Order dismissing Fox Holdings, Inc.'s cross-claim with prejudice. For the reasons stated in Williams Restoration's accompanying brief in support of this Motion, Fox Holdings, Inc.'s cross-claim fails to state a claim upon which relief can be granted.

    WHEREFORE, Defendant Williams Restoration Company, Inc. respectfully requests that the Court enter an Order dismissing with prejudice the cross-claim asserted by Fox Holdings, Inc. and such other, further, and different relief as the Court deems just and equitable.

Dated November 1, 2018.

                                                     WILLIAMS RESTORATION COMPANY,
                                                     INC., Defendant,

                                                     By: /s/ Phillip J.R. Zeeck
                                                         GREGORY M. BENTZ D. KAN. # 70358
                                                         PHILLIP J. R. ZEECK D. KAN. # 78493
                                                         900 W. 48th Place, Suite 900
                                                          Kansas City, Missouri 64112
                                                          (816) 753-1000
                                                          (816) 753-1536 (Fax)
                                                          gbentz@polsinelli.com
                                                          pzeeck@polsinelli.com

      And

      Patrice D. Ott, Neb. #24435
      (admitted *pro hac vice*)
      Michael C. Cox, Neb. #17588
      (admitted *pro hac vice*)
      KOLEY JESSEN P.C., L.L.O.
      One Pacific Place, Suite 800
      1125 South 103rd Street
      Omaha, NE 68124-1079
      (402) 390-9500
      (402) 390-9005 (facsimile)
      Patrice.ott@koleyjessen.com
      Michael.Cox@koleyjessen.com

Attorneys for Defendant Williams Restoration Company.

## CERTIFICATE OF SERVICE

    I hereby certify that on November 1, 2018, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Kansas using the CM/ECF system, which caused notice of such filing to be served upon all counsel of record.

                                    /s/ Phillip J.R. Zeeck