IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| BAC LOCAL UNION 15 WELFARE FUND, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) No. 2:16-CV-2242-KHV-GEB |
| WILLIAMS RESTORATION COMPANY., et al. | )<br>)<br>) |
| Defendants. | ) |

**INDEX OF EXHIBITS**

- **AFFIDAVITS:**

    o Exhibit A: Affidavit of Don Hunt ("Hunt Aff.")
        - Ex. A-1, Transfer Agreement between the BAC Local 15 Welfare Fund and the Omaha Construction Industry Health and Welfare Fund

    o Exhibit B: Affidavit of David Stupar ("Stupar Aff.")

    o Exhibit C: Affidavit of Thomas Burford, Jr. ("Burford Aff.")

    o Exhibit D: Affidavit of Fred Hover ("Hover Aff.")

    o Exhibit E: NLRB Affidavit of Jeffrey Williams ("Williams Aff."), ECF Doc. 106-4.

- **DEPOSITION TRANSCRIPTS and EXHIBITS TO DEPOSITION TRANSCRIPTS:**

    o Exhibit F: Deposition of Craig Hydeman ("Hydeman Depo.")
        - Exhibit 5, CBA between BAC Local 1 and Williams Restoration Company (eff. 6/1/2013 to 5/31/2014)
        - Exhibit 6: CBA between BAC Local 1 and Williams Restoration Company (eff. 6/1/2008 to 5/31/2011)
        - Exhibit 7: CBA between BAC Local 1 and Williams Restoration Company (eff. 6/1/2/11 to 5/31/2012) and Interim CBA (eff. 5/31/2012 to 5/31/2013)
        - Exhibit 8: CBA between BAC Local 1 and Williams Restoration Company (eff. 6/1/2012 to 5/31/2013)

- o Exhibit G: Deposition of Jeffrey Williams ("Williams Depo.")
    - Ex. 14, Asset Purchase Agreement
    - Ex. 17, Work description of Williams Restoration Company
    - Ex. 19, DMV receipts of Williams Restoration Company
    - Ex. 22, Asset list and equipment appraisal, Williams Restoration Company

- o Exhibit H: Deposition of Linda Roberson ("Roberson Depo.")

- o Exhibit I: Deposition of Jordan Fox ("Fox Depo.")

    - Ex. 26, Jordan Fox NLRB witness affidavit
    - Ex. 32, Promissory Note
    - Ex. 33, Bill of Sale

    - Ex. 35, Fox Holdings, Inc. d/b/a Williams Restoration Company November 8, 2017 employee list

    - Ex. 39 redacted remittance reports from Fox Holdings, Inc. to Plaintiff Funds

    - Ex. 41 General ledger of Fox Holdings, Inc. d/b/a Williams Restoration Company

    - Ex. 47, NLRB witness affidavit of Linda Roberson

- o Exhibit J: Deposition of Andrew Foxhoven ("Foxhoven Depo.")
    - Ex. 60, Email of October 14, 2014
    - Ex. 63, Email of October 24, 2014
    - Ex. 65, Email of October 27, 2014 (draft "A" of APA)
    - Ex. 66, Email of October 27, 2014 (draft "B" of APA)
    - Ex. 68, Email of October 28, 2014 (draft "A" of APA)
    - Ex. 69 Email of October 28, 2014 (draft "B" of APA)

- o Exhibit K: Deposition of Jared Skaff (Skaff Depo.)

- o Ex. L: Bank statements of Williams Restoration for months of April, May and June 2018