| | | | | |
|---|---|---|---|---|
| Vehicle Identification Number<br>1GDJ7C1C94F901425 | Year<br>2004 | Make<br>GMC | | Body Style<br>CONVENTNAL CAB |
| | | | Model<br>C7500 C7C042 | |
| Purchase Date<br>11/08/2014 | Issue Date<br>11/13/2014 | Color<br>WHI | Previous Title Number/State<br>12111590079  NE | Title Type<br>ORIGINAL |
| GVWR | Capacity | | Odometer<br>EXEMPT | Legends |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO
PAPILLION, NE 68046

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077818            11/13/2014

2ND Lien

Subsequent
Liens Filed

# NEBRASKA DMV
# TITLE RECEIPT

| | | |
|---|---|---|
| Inventory Control Number<br>00000000 | County<br>SARPY | Title Number<br>14317590104 |

County Official
RICH JAMES

By: LA

$ 17.00


EXHIBIT
19
12-8-17

VTITLE2 VLR0 09082010

Fox 0101

| Field | Value |
|---|---|
| Vehicle Identification Number | 1FDNF80C6WVA37171 |
| Year | 1998 |
| Make | FORD |
| Body Style | CONVENTNAL CAB |
| Model | MED.HVY.CONVNTNL F800 |
| Purchase Date | 11/08/2014 |
| Issue Date | 11/13/2014 |
| Color | WHI |
| Previous Title Number/State | 65AA56549 IA |
| Title Type | ORIGINAL |
| GVWR | |
| Capacity | |
| Odometer | EXEMPT |
| Legends | |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO INC
GLENWOOD, IA 51534

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077817            11/13/2014

2ND Lien

Subsequent Liens Filed

# NEBRASKA DMV TITLE RECEIPT

Inventory Control Number
00000000

County
SARPY

Title Number
14317590091

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 VIR0 09082010

Fox 0102

| Field | Value |
|---|---|
| Vehicle Identification Number | 1GCHC24U92E276136 |
| Year | 2002 |
| Make | CHEVROLET |
| Model | SILVERADO C2500 HEAVY DU |
| Body Style | PICKUP |
| Purchase Date | 11/08/2014 |
| Issue Date | 11/13/2014 |
| Color | WHI |
| Previous Title Number/State | 65AA00067  IA |
| Title Type | ORIGINAL |
| GVWR | |
| Capacity | |
| Odometer | EXEMPT |
| Legends | |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO INC
GLENWOOD, IA 51534

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077823            11/13/2014

2ND Lien

Subsequent Liens Filed

# NEBRASKA DMV TITLE RECEIPT

| | | |
|---|---|---|
| Inventory Control Number<br>00000000 | County<br>SARPY | Title Number<br>14317590107 |

County Official
RICH JAMES
By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0103

| | | | | |
|---|---|---|---|---|
| Vehicle Identification Number<br>1GCEC19X06Z302072 | Year<br>2006 | Make<br>CHEVROLET | | Body Style<br>4DR EXTEND CAB |
| | | | Model<br>SILVERADO C1500 | |
| Purchase Date<br>11/08/2014 | Issue Date<br>11/13/2014 | | Previous Title Number/State<br>65AA56548    IA | Title Type<br>ORIGINAL |
| | | Color<br>SIL | | |
| G V W R | Capacity | | Odometer<br>108343<br>ACTUAL | Legends |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTOR CO INC OR JWILLIAMS
GLENWOOD, IA 51534

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077834                          11/13/2014

2ND Lien

Subsequent
Liens Filed

# NEBRASKA DMV
# TITLE RECEIPT

| Inventory Control Number | County | Title Number |
|---|---|---|
| 00000000 | SARPY | 14317590114 |

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0104

| | | | | |
|---|---|---|---|---|
| Vehicle Identification Number<br>1GCEC14V76E287437 | Year<br>2006 | Make<br>CHEVROLET | | Body Style<br>PICKUP |
| | | Model SILVERADO C1500 | | |
| Purchase Date<br>11/08/2014 | Issue Date<br>11/13/2014 | Previous Title Number/State<br>11202590044  NE | | Title Type<br>ORIGINAL |
| | | Color<br>WHI | | |
| GVWR | Capacity | Odometer<br>145127<br>ACTUAL | | Legends |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO INC
PAPILLION, NE 68046

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077839                  11/13/2014

2ND Lien

Subsequent Liens Filed

# NEBRASKA DMV TITLE RECEIPT

Inventory Control Number
00000000

County
SARPY

Title Number
14317590119

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0105

| | | | | |
|---|---|---|---|---|
| Vehicle Identification Number<br>1GCRKSE71DZ128252 | Year<br>2013 | Make<br>CHEVROLET<br>Model<br>SILVERADO K1500 LT | | Body Style<br>4DR EXTEND CAB |
| Purchase Date<br>11/08/2014 | Issue Date<br>11/13/2014 | Color<br>SIL | Previous Title Number/State<br>13326590162  NE | Title Type<br>ORIGINAL |
| GVWR<br>7000 | Capacity | | Odometer<br>31526<br>ACTUAL | Legends |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO ORJWILLIAMS
PAPILLION, NE 68046

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077812            11/13/2014

2ND Lien

Subsequent
Liens Filed

# NEBRASKA DMV
# TITLE RECEIPT

Inventory Control Number
00000000

County
SARPY

Title Number
14317590055

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0106

| Vehicle Identification Number | Year | Make | | Body Style |
|---|---|---|---|---|
| 3GCEC14X46G263235 | 2006 | CHEVROLET | | PICKUP |
| | | | Model | |
| | | | SILVERADO C1500 | |

| Purchase Date | Issue Date | | Previous Title Number/State | | Title Type |
|---|---|---|---|---|---|
| 11/08/2014 | 11/13/2014 | Color | 65AA10626 | IA | ORIGINAL |
| | | SIL | | | |

| GVWR | Capacity | Odometer | Legends |
|---|---|---|---|
| | | 125611 ACTUAL | |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
JEFFREY ALAN WILLIAMS
GLENWOOD, IA 51534

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077816           11/13/2014

2ND Lien

Subsequent Liens Filed

# NEBRASKA DMV TITLE RECEIPT

| Inventory Control Number | County | Title Number |
|---|---|---|
| 00000000 | SARPY | 14317590075 |

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0107

| | | | | |
|---|---|---|---|---|
| Vehicle Identification Number<br>1GDJ7C1C94F901425 | Year<br>2004 | Make<br>GMC | | Body Style<br>CONVENTNAL CAB |
| | | | Model<br>C7500 C7C042 | |
| Purchase Date<br>11/08/2014 | Issue Date<br>11/13/2014 | Color<br>WHI | Previous Title Number/State<br>12111590079  NE | Title Type<br>ORIGINAL |
| G V W R | Capacity | | Odometer<br>EXEMPT | Legends |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO
PAPILLION, NE 68046

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077818                    11/13/2014

2ND Lien

Subsequent Liens Filed:

# NEBRASKA DMV TITLE RECEIPT

| | | |
|---|---|---|
| Inventory Control Number<br>00000000 | County<br>SARPY | Title Number<br>14317590104 |

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0108

| | | | | |
|---|---|---|---|---|
| Vehicle Identification Number | Year | Make | | Body Style |
| 1FDNF80C6WVA37171 | 1998 | FORD | | CONVENTNAL CAB |
| | | | Model | |
| | | MED.HVY.CONVNTNL F800 | | |
| Purchase Date | Issue Date | Previous Title Number/State | | Title Type |
| 11/08/2014 | 11/13/2014 | 65AA56549   IA | | ORIGINAL |
| | | Color WHI | | |
| GVWR | Capacity | Odometer | | Legends |
| | | EXEMPT | | |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO INC
GLENWOOD, IA 51534

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077817                    11/13/2014

2ND Lien

Subsequent
Liens Filed

# NEBRASKA DMV
# TITLE RECEIPT

| Inventory Control Number | County | Title Number |
|---|---|---|
| 00000000 | SARPY | 14317590091 |

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0109

| Vehicle Identification Number | Year | Make | Body Style |
|---|---|---|---|
| 1GCHC24U92E276136 | 2002 | CHEVROLET | PICKUP |

Model: SILVERADO C2500 HEAVY DU

| Purchase Date | Issue Date | Color | Previous Title Number/State | Title Type |
|---|---|---|---|---|
| 11/08/2014 | 11/13/2014 | WHI | 65AA00067  IA | ORIGINAL |

GVWR  Capacity  Odometer: EXEMPT  Legends

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO INC
GLENWOOD, IA 51534

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077823            11/13/2014

2ND Lien

Subsequent Liens Filed

# NEBRASKA DMV TITLE RECEIPT

| Inventory Control Number | County | Title Number |
|---|---|---|
| 00000000 | SARPY | 14317590107 |

County Official
RICH JAMES
By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0110

| Vehicle Identification Number | Year | Make | Body Style |
|---|---|---|---|
| 1GCEC19X06Z302072 | 2006 | CHEVROLET | 4DR EXTEND CAB |

Model: SILVERADO C1500

| Purchase Date | Issue Date | Color | Previous Title Number/State | Title Type |
|---|---|---|---|---|
| 11/08/2014 | 11/13/2014 | SIL | 65AA56548  IA | ORIGINAL |

GVWR  Capacity  Odometer 108343 ACTUAL  Legends

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTOR CO INC OR JWILLIAMS
GLENWOOD, IA 51534

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077834                    11/13/2014

2ND Lien

Subsequent Liens Filed

# NEBRASKA DMV TITLE RECEIPT

Inventory Control Number: 00000000

County: SARPY

Title Number: 14317590114

County Official: RICH JAMES

By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0111

| | | | | |
|---|---|---|---|---|
| Vehicle Identification Number<br>1GCEC14V76E287437 | Year<br>2006 | Make<br>CHEVROLET<br>Model<br>SILVERADO C1500 | | Body Style<br>PICKUP |
| Purchase Date<br>11/08/2014 | Issue Date<br>11/13/2014 | Color<br>WHI | Previous Title Number/State<br>11202590044  NE | Title Type<br>ORIGINAL |
| G V W R | Capacity | | Odometer<br>145127<br>ACTUAL | Legends |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO INC
PAPILLION, NE 68046

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077839                    11/13/2014

2ND Lien

Subsequent
Liens Filed

# NEBRASKA DMV
# TITLE RECEIPT

| Inventory Control Number<br>00000000 | County<br>SARPY | Title Number<br>14317590119 |
|---|---|---|

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 V1R0 09082016

Fox 0112

| | | | | |
|---|---|---|---|---|
| Vehicle Identification Number<br>1GCRKSE71DZ128252 | Year<br>2013 | Make<br>CHEVROLET<br>Model<br>SILVERADO K1500 LT | | Body Style<br>4DR EXTEND CAB |
| Purchase Date<br>11/08/2014 | Issue Date<br>11/13/2014 | Color<br>SIL | Previous Title Number/State<br>13326590162 NE | Title Type<br>ORIGINAL |
| GVWR<br>7000 | Capacity | | Odometer<br>31526<br>ACTUAL | Legends |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
WILLIAMS RESTORATION CO ORJWILLIAMS
PAPILLION, NE 68046

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077812                    11/13/2014

2ND Lien

Subsequent
Liens Filed

# NEBRASKA DMV
# TITLE RECEIPT

| Inventory Control Number<br>00000000 | County<br>SARPY | Title Number<br>14317590055 |
|---|---|---|

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 V1R0 09082010

Fox 0113

| | | | | |
|---|---|---|---|---|
| Vehicle Identification Number<br>3GCEC14X46G263235 | Year<br>2006 | Make<br>CHEVROLET<br>Model<br>SILVERADO C1500 | | Body Style<br>PICKUP |
| Purchase Date<br>11/08/2014 | Issue Date<br>11/13/2014<br>Color<br>SIL | Previous Title Number/State<br>65AA10626   IA | | Title Type<br>ORIGINAL |
| GVWR | Capacity | Odometer<br>125611<br>ACTUAL | | Legends |

Owner Name(s) And Address
FOX HOLDINGS INC
725 N FRONTIER RD
PAPILLION, NE 68046

Previous Owner(s)
JEFFREY ALAN WILLIAMS
GLENWOOD, IA 51534

1ST Lien
WELLS FARGO BANK NA
PO BOX 659713, BLDG 307 1ST FL
SAN ANTONIO, TX 78265
0077816                11/13/2014

2ND Lien

Subsequent
Liens Filed

# NEBRASKA DMV
# TITLE RECEIPT

Inventory Control Number
00000000

County
SARPY

Title Number
14317590075

County Official
RICH JAMES

By: LA

$ 17.00

VTITLE2 VIR0 09082010

Fox 0114