IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BAC LOCAL UNION 15 WELFARE
FUND, ET AL.

      Plaintiffs,

v.

WILLIAMS RESTORATION COMPANY,
INC.,

    and

FOX HOLDINGS, INC.,

    Defendants.

CASE NO:  2:16-cv-2242-JTM-GEB

**JOINT MOTION TO STRIKE EXHIBITS
AND JOINT STIPULATION
REGARDING REFERENCES IN
PLAINTIFFS' SUMMARY JUDGMENT
BRIEF**

COME NOW, Plaintiffs, BAC Local Union 15 Welfare Fund, et al., and Defendant Fox Holdings, Inc., by and through their undersigned counsel, jointly move the Court for an order to strike from the summary judgment record of Plaintiffs' exhibits submitted in support of their Motion for Partial Summary Judgment (Doc. # 139), Exhibit C, "Affidavit of Thomas Burford, Jr." (Doc. 142-4), and Exhibit D, "Affidavit of Fred Hover" (Doc. # 142-5).  The Plaintiffs and Fox Holdings further jointly stipulate that Exhibits C and D shall not be admitted or considered for purposes of summary judgment and, therefore, all references to such exhibits in the Plaintiffs' supporting brief (Doc. #140) may be disregarded by the Court.

The Plaintiffs and Defendant Fox Holdings state in support:

1.     Plaintiffs filed a Motion for Partial Summary Judgment (Doc. # 139) on February 11, 2019).

2.     Plaintiffs listed in their Index of Exhibits (Doc. #141):  Exhibit C: Affidavit of Thomas Burford, Jr. ("Burford Aff.") and Exhibit D: Affidavit of Fred Hover ("Hover Aff.").

These exhibits were submitted to the Court at ECF Document Nos. 142-4 and 142-5, respectively.

3.      Exhibit C bears the date January 9, 2018. (Doc. # 142-4, ECF Page 3 of 4).

4.      Exhibit D bears the date November 29, 2018. (Doc. # 142-5, ECF Page 3 of 3).

5.      Neither Exhibit C nor Exhibit D was disclosed prior to filing the motion for summary judgment by the Plaintiffs. The affiants, Mr. Burford and Mr. Hover, were not disclosed as witnesses by Plaintiffs before filing their summary judgment motion. The Plaintiffs assert this was due to an oversight.

6.      To avoid having to depose these individuals, who would have to be located and served with deposition subpoenas in advance of the summary judgment response deadline and because of the failure to disclose the affidavits and witnesses prior to filing the motion, Plaintiffs have agreed to retract Exhibits C and D from consideration on their motion for summary judgment.

7.      Defendant Fox Holdings reserves all rights it may have to contest any subsequent disclosure of Mr. Hover and Mr. Burford by Plaintiffs for purposes of trial of this case and any attempt to use their affidavits or testimony in other aspects of these proceedings.

8.      To effectively retract the exhibits, Plaintiffs and Fox Holdings jointly move the Court for an order striking Plaintiffs' summary judgment exhibits C and D from the record.

9.      Plaintiffs and Fox Holdings further jointly stipulate that Plaintiffs' summary judgment exhibits C and D may not be considered by the Court on the Plaintiffs' motion, are retracted from consideration on the motion, and may be not be used by any party for any purpose related to the motion for summary judgment.

WHEREFORE, Plaintiffs and Defendant Fox Holdings jointly move for an order of the Court striking Plaintiffs' Exhibit C Affidavit of Thomas Burford, Jr. and Exhibit D Affidavit of

933369

Fred Hover from the summary judgment record, and jointly stipulate that such exhibits shall not be admitted into the summary judgment record of evidence and not considered by the Court or used by the parties.

FOX HOLDINGS INC., Defendant,

By:    /s/  *Bonnie M. Boryca*        
              Bonnie M. Boryca, Kan. Bar No. 24635
              Erickson & Sederstrom, P.C.
              10330 Regency Parkway Drive
              Omaha, NE  68114-3761
              (402) 397-2200
              boryca@eslaw.com
              Attorneys for Defendant Fox Holdings, Inc.

BAC LOCAL UNION 15 WELFARE FUND, ET AL., Plaintiffs

BY:    */s/ Bradley J. Sollars*        
              Bradley J. Sollars, Kan. Bar No. 21673
              Arnold, Newbold, Winter & Jackson, PC
              1100 Main Street, Suite 2001
              Kansas City, MO  64105
              (816) 421-5788
              bjsollars@anwjpc.com
              Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2019, a true and correct copy of the above and foregoing Joint Motion to Strike Exhibits and Joint Stipulation Regarding References in Plaintiffs' Summary Judgment Brief was filed with the Court using the CM/ECF system, which will send electronic notification and link to the filing to all counsel of record.

*/s/ Bonnie M. Boryca*

933369