IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BAC LOCAL UNION 15 WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION NO. 2:16-cv-02242-CM-GEB |
| v. | ) ) |
| WILLIAMS RESTORATION COMPANY, INC. and FOX HOLDINGS, INC., | ) ) ) |
| Defendant. | ) ) |

**FOX HOLDINGS, INC.'S INDEX OF EVIDENCE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Defendant Fox Holdings, Inc., by and through its attorney, and submits the following Index of Evidence in Opposition to Plaintiff's Motion for Partial Summary Judgment,. Fox Holdings this evidence in support of its arguments in opposition to the Plaintiffs' Motion, in addition to evidence submitted with Plaintiffs' Index of Evidence that is specifically cited in Defendants' Memorandum in Opposition:

1. Affidavit of Mark M. Schorr in Opposition to Motion for Partial Summary Judgment, with attached Exhibits A and B

2. Affidavit of Jordan Fox in Opposition to Motion for Partial Summary Judgment

3. Deposition Ex. 9 [BAC Local 15 letter to Williams, dated May 4, 2015]

4. Deposition Ex. 15 [Williams' bank statements, pg. 1 only, redacted]

5. Deposition Ex. 16 [2nd Williams' bank statements, pg. 1 only, redacted]

6. Deposition Ex. 18, pp. 6-8 only [Pension fund letter to Williams, dated May 6, 2015, and its attorney's letter to Williams, dated Aug. 6, 2015]

7. Williams Deposition Ex. 27 [E-mail dated Oct. 22, 2014 with attached blank contract]

946298

WHEREFORE, Defendant Fox Holdings respectfully requests that the Court receive the foregoing evidence in support of Fox Holdings' opposition to the Plaintiffs' motion.

Dated this 3rd day of April, 2019.

                                FOX HOLDINGS, INC., Defendant,

By:   /s/ *Bonnie M. Boryca*
       Bonnie M. Boryca, Kan. Bar No. 24635
       ERICKSON | SEDERSTROM, P.C.
       10330 Regency Parkway Drive
       Omaha, NE 68114
       (402) 397-2200
       boryca@eslaw.com
       Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Fox Holdings, Inc.'s Index of Evidence in Support of Defendant's Opposition to Motion for Partial Summary Judgment was served on the 3rd day of April, 2019 upon:

Bradley J. Sollars
Arnold, Newbold, Winter & Jackson, PC
1100 Main Street, Suite 2001
Kansas City, MO  64105
bjsollars@anwjpc.com
Attorneys for Plaintiffs

Gregory M. Bentz
Phillip J. R. Zeeck
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO  64112
gbentz@polsinelli.com
pzeeck@polsinelli.com
Attorneys for Defendant Williams Restoration Company, Inc.

Patrice D. Ott
Koley Jessen PC, LLO
1125 S. 103rd Street, Suite 800
Omaha, NE 68124
Patrice.ott@koleyjessen.com
Attorneys for Defendant Williams Restoration Company, Inc.

by:  [     ]   U.S. Mail, postage prepaid
     [     ]   E-mail
     [  X  ]   Electronic filing using the CM/ECF system
     [     ]   Facsimile Transmission
     [     ]   Hand Delivery
     [     ]   Overnight Courier

/s/ *Bonnie M. Boryca*