IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BAC LOCAL UNION 15 WELFARE FUND, et al.,

    Plaintiffs,

v.

WILLIAMS RESTORATION COMPANY, INC., and FOX HOLDINGS, INC.,

    Defendants.

CASE NO: 2:16-cv-2242-JTM-GEB

**AFFIDAVIT OF JORDAN FOX IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

STATE OF NEBRASKA  )
                           ) ss.
COUNTY OF DOUGLAS  )

Affiant, Jordan Fox, having been first duly sworn, deposes and states as follows:

1. I am of legal age, am a resident of the State of Nebraska, and am competent to make this affidavit.

2. I make this affidavit based upon personal knowledge.

3. I am the president of Fox Holdings and one of its owners. The other owner is my step-father, Richard Roberson. My mother, Linda Roberson, is very involved in the company and participated in the process of purchasing assets of Williams Restoration Company, Inc.

4. Upon establishing our business and beginning to operate as Williams Restoration Company, Mr. and Mrs. Roberson and myself have been actively engaged as managers of all aspects of the company. I work directly with estimators and employees who perform our work for clients. I work directly with clients, as well. Mr. Roberson manages our shop. Mrs. Roberson manages our office and some aspects of employee issues.

5. A lump-sum of $1.9 million was paid at the closing to purchase specified assets of Williams Restoration Company, Inc. We have continued since then to pay monthly installment

1

981717

payments to it in the amount of $6,351.75 per month. Those payments will continue through 2021.

6. We continue to pay monthly lease payments to a company owned by Jeff Williams, through which he owns the building that houses Fox Holdings' shop and office. The lease payments are approximately $3,800 per month and will continue for foreseeable future.

7. Since at least May 2015, Fox Holdings has not employed any employee who was, to my knowledge, a member of the BAC Local Union 15. Since that time at least, no employee has ever requested that we pay benefits to the union's pension, training, health and welfare, or any other fund of the union.

8. Fox Holdings has never signed a contract to work on a job that required only union members to work on the job or any certain aspect of it. Fox Holdings has never worked on union-only jobs.

***Further Affiant Saith Not.***
Dated this 3rd day of April, 2019.

                                                                  _____
                                                                  Jordan Fox

Subscribed and sworn to before me this 3rd day of April, 2019.

                                                                  _____
                                                                  Notary Public



CATHERINE A. WEIDE
Commission Number 794612
My Commission Expires
February 16, 2022

2

981717