

# BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL #15 MO/KS/NE
Craig Hydeman, President, Secretary-Treasurer

May 4, 2015



EXHIBIT
9
12-8-17

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Mr. Jeffrey A. Williams
Registered Agent
Williams Restoration Company, Inc.
725 N. Frontier Road
Papillion, NE 68046-4354

RE: **Williams Restoration Company/BAC Local 15 MO-KS-NE**

Dear Mr. Williams:

As you are aware, Bricklayers and Allied Craftworkers Local #15 MO-KS-NE represents bricklayers formerly employed by Williams Restoration Company, Inc. and currently employed by Fox Holdings, Inc. dba Williams Restoration Company. Please provide me with the following information to ensure that Local 15 can fulfill its obligations to its members as the exclusive bargaining representative of the former bargaining unit employees of Williams Restoration Company, Inc.:

1. Full and complete copy of the Purchase Agreement between Williams Restoration Company, Inc. and Fox Holdings, Inc. dba Williams Restoration Company;

2. Date that Williams Restoration Company, Inc. ceased doing business;

3. Date that Fox Holdings, Inc. began doing business as Williams Restoration Company;

4. All documents evidencing the assumption of the collective bargaining agreement between Williams Restoration Company, Inc. and BAC Local Union#1/BAC Local Union #15 by Fox Holdings, Inc. dba Williams Restoration Company;

5. All documents by and between Williams Restoration Company, Inc. and Fox Holdings, Inc. dba Williams Restoration Company evidencing the assumption by Fox Holdings, Inc. of any obligation for the payment of fringe benefits, including potential withdrawal liability;

6. A complete roster of bricklayers employed by Williams Restoration Company, Inc. as of November 10, 2014;

7. An itemization of accrued but unpaid fringe benefit contributions owed for hours worked by bargaining unit employees at Williams Restoration Company, Inc. as of November 10, 2014 per the terms of the parties Collective Bargaining Agreement;

8. Copies of any and all documents Williams Restoration Company, Inc. claims to have provided to BAC Local #1/BAC Local #15 advising said Union(s) of the sale of Williams Restoration Company, Inc. to Fox Holdings, Inc. per the terms of Article XIV of the parties' collective bargaining agreement.

The Union reserves the right to supplement this information request based upon information provided in response to this request. Thank you for your attention to this matter. Please provide the requested information on or before Monday, May 11, 2015.

Yours truly,

Craig Hydeman
President/Secretary-Treasurer
BAC Local Union #15 MO-KS-NE

cc: **By Certified Mail**
**Return Receipt Requested**
Mr. Jeffrey A. Williams
8633 S. 98th Circle
La Vista, NE 68128

{00249145;B15-GEN;BCJ}