


Contact Information
402.346.3626
800.642.0014
firstnational.com



# First National Bank
## Omaha

1620 Dodge St
Omaha, NE 68197

2259/01

R109
198207

WILLIAMS RESTORATION CO INC
725 N FRONTIER RD
PAPILLION NE 68046

| STATEMENT SUMMARY | December 1, 2014 through December 31, 2014 | | |
|---|---|---|---|
| Account Description | Account # | Beginning Balance | Ending Balance |
| **Deposit Accounts** | | | |
| Business Free Checking | | 61,034.99 | 266,222.12 |
| Business 900 Class Savings | | 567,433.22 | 567,481.41 |
| | Total on Deposit | | $833,703.53 |



EXHIBIT
15
12-8-17



Member FDIC

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Fox 0276