**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BAC LOCAL UNION 15 WELFARE )
FUND, et al., )
)
        Plaintiffs, )
)    CIVIL ACTION NO. 2:16-cv-02242-CM-GEB
        v. )
)
WILLIAMS RESTORATION COMPANY, )
INC. and FOX HOLDINGS, INC., )
)
        Defendant. )
)

## JOINT MOTION TO DISMISS CROSS-CLAIM WITH PREJUDICE

Defendants Fox Holdings, Inc. and Williams Restoration Company, Inc., by and through their undersigned counsel, jointly move to dismiss with prejudice the Cross-Claim asserted by Defendant Fox Holdings, Inc. against Defendant Williams Restoration, Inc. in these proceedings. The Cross-Claim is alleged in the Second Amended Answer to First Amended Complaint and Cross-Claim (Doc. #115, filed 10/11/18). The Defendants state the following in support:

1. The Cross-Claim was alleged in Doc. #115, filed on October 11, 2018.

2. The parties were ordered to engage in mediation following a hearing held on August 7, 2019 and via written order of the Court entered on August 7, 2019. (Doc. #173).

3. Mediation is currently scheduled with the Plaintiffs and Defendants on September 13, 2019.

4. In advance of the mediation, the Defendants have independently discussed the Cross-Claim and reached a compromise. As a result, Fox Holdings, Inc. as Cross-Claim Plaintiff, and Williams Restoration Company, Inc. as the Cross-Claim Defendant, have fully resolved the Cross-Claim and agree it should be dismissed with prejudice.

5. The Defendants further agree to each bear their own costs and attorney's fees incurred in this matter as to the Cross-Claim.

6. The Defendants make this motion in good faith and without undue delay.

WHEREFORE, Fox Holdings, Inc. and Williams Restoration Company, Inc. request that the Court enter an order of dismissal with prejudice of Fox Holdings, Inc.'s Cross-Claim and for any further relief the Court deems just and appropriate.

Respectfully submitted this 9th day of September, 2019.

FOX HOLDINGS, INC., Defendant/Cross-Claimant

By: */s/ Bonnie M. Boryca*
Bonnie M. Boryca, Kan. Bar No. 24635
Erickson & Sederstrom, P.C.
10330 Regency Parkway Drive
Omaha, NE  68114-3761
(402) 397-2200
boryca@eslaw.com
Attorneys for Defendant

WILLIAMS RESTORATION COMPANY, INC., Defendant/Cross-Claim Defendant

By: */s/ Gregory M. Bentz*
Gregory M. Bentz, D. Kan. #70358
Phillip J.R. Zeeck, D. Kan. #78493
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 753-1000
(816) 753-1536 (Fax)
gbentz@polsinelli.com
pzeeck@polsinelli.com

And

Patrice D. Ott, Neb. #24435
(admitted *pro hac vice*)
Michael C. Cox, Neb. #17588
(admitted *pro hac vice*)
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079
(402) 390-9500
(402) 390-9005 (facsimile)
Patrice.ott@koleyjessen.com
Michael.cox@koleyjessen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Kansas using the CM/ECF system, which caused notice of such filing to be served upon all counsel of record.

*/s/ Bonnie M. Boryca*